## STATE OF CONNECTICUT *v.* JOHNNY ORTIZ

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 411 (AC 27681), is denied.

*Elizabeth M. Inkster*, senior assistant public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided July 17, 2007